■ CALVIN CARSON, Appellant, v NEW YORK CITY DEPARTMENT OF SANITATION et al., Respondents. [707 NYS2d 93] —Order, Supreme Court, New York County (Barry Cozier, J.), entered September 23, 1998, which, to the extent appealed from, granted defendant-respondent's motion to convert petitioner's breach of contract action into a CPLR article 78 proceeding, and order, same court (Beverly Cohen, J.), entered March 16, 1999, which dismissed the ensuing CPLR article 78 petition seeking to, *inter alia*, annul respondent's determination terminating petitioner from his position as a New York City Department of Sanitation (DOS) employee, unanimously affirmed, without costs.

Petitioner's action for breach of contract and promissory estoppel was properly converted into a proceeding pursuant to CPLR article 78, since the complaint filed by petitioner effectively sought petitioner's reinstatement to his former position as a DOS employee, and respondents had the statutory and regulatory authority to issue a final and binding determination with respect to this employment (*cf., Abiele Contr. v New York City School Constr. Auth.*, 91 NY2d 1). Also proper was the ensuing dismissal of petitioner's application pursuant to CPLR article 78. In this connection, petitioner's claim of promissory estoppel is without merit, for even if a DOS employee had promised petitioner reinstatement upon his completion of a drug treatment program, the promise was unauthorized and DOS was not bound by it (*Granada Bldgs. v City of Kingston*, 58 NY2d 705, 708), particularly in light of petitioner's prior execution and violation of a final termination agreement,

which agreement was concealed from the DOS employee. Finally, we note that, even if the instant petition possessed merit, it would have been properly dismissed as time-barred since it was filed more than four months subsequent to issuance of the challenged determination (*see,* CPLR 217 [1]). Concur—Mazzarelli, J. P., Ellerin, Lerner, Rubin and Andrias, JJ.